```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602053095
Cashier ID: acauthen
Transaction Date: 04/04/2019
Payer Name: STANFORD LAW SCHOOL
-----------------------------------
CIVIL FILING FEE
 For: STANFORD LAW SCHOOL
 Case/Party: D-ALM-2-19-CV-000242-001
 Amount:       $400.00
-----------------------------------
CHECK
 Check/Money Order Num: 000358
 Amt Tendered: $400.00
-----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

2:19-CV-00242
BURTON VS DUNN
```