IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES L. BURTON, JR., <br><br> Plaintiff, <br><br> v. <br><br> JEFFERSON DUNN, Commissioner, Alabama Department of Corrections, <br><br> Defendant. | No. 2:19-cv-242-ECM <br><br><br> **CAPITAL CASE** |

## ATTORNEY ANNA THOMPSON
## NOTICE OF APPEARANCE

Attorney Anna Thompson of Arnold & Porter Kaye Scholer LLP hereby files this Notice of Appearance as counsel of record for Plaintiff Charles L. Burton, Jr., and requests that the Clerk copy the undersigned counsel on all subsequent correspondence and documents that are filed in this Court for the subject case.

                                                          Respectfully submitted,

                                                          *s/ Anna Thompson*_____
                                                          Anna Thompson
                                                          Virginia Bar No. 77392
                                                          ARNOLD & PORTER
                                                           KAYE SCHOLER LLP
                                                          601 Massachusetts Ave., NW
                                                          Washington, DC 20001
                                                          202-942-5000
                                                          Anna.thompson@arnoldporter.com

                                                          *Counsel for Charles L. Burton, Jr.*

April 15, 2019

## **CERTIFICATE OF SERVICE**

 I, Anna Thompson, do hereby certify that a true and correct copy of the foregoing has been served by first-class U.S. Mail on April 15, 2019 on:

Commissioner Jefferson Dunn
Alabama Department of Corrections
301 S. Ripley Street
Montgomery, AL 36130-1501

         *s/ Anna Thompson*_____

         *Counsel for Charles L. Burton, Jr.*