IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES L. BURTON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Act. No.: 2:19-cv-242-ECM |
| ) | |
| JEFFERSON DUNN, Commissioner, ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Now pending before the Court is the motion to admit Anna Thompson to appear *pro hac vice* (doc. 16), filed on April 12, 2019. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion (doc. 16) be and is hereby GRANTED and Attorney Anna Thompson is hereby ADMITTED to appear before this Court *pro hac vice* to represent the Plaintiff in this action. Counsel shall file a notice of appearance with the Court.

DONE this 15th day of April, 2019.

                                                 /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE