IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES L. BURTON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:19-cv-242-ECM |
| | ) |
| JEFFERSON S. DUNN, | ) |
| Commissioner, Alabama Department | ) |
| of Corrections, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to strike or, in the alternative, for leave to file a sur-reply filed by the plaintiff on June 11, 2019 (doc. 28), it is

ORDERED as follows:

1. To the extent plaintiff moves to strike the defendant's reply to plaintiff's response in opposition to defendant's motion to dismiss, the motion be and is hereby DENIED.

2. To the extent plaintiff requests leave to file a sur-reply, the motion be and is hereby GRANTED.

DONE this 25th day of June, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE