IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES L. BURTON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-cv-242-RAH |
| | ) | |
| JEFFERSON S. DUNN, | ) | |
| Commissioner, Alabama Department | ) | |
| of Corrections, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On August 14, 2020, Plaintiff filed an objection to Chief Magistrate Judge Stephen M. Doyle's Order of July 31, 2020. (Doc. 50.)

Accordingly, it is ORDERED that Defendant shall file a response to Plaintiff's Objection on or before **Tuesday, September 1, 2020**.

DONE this 17th day of August, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.,
UNITED STATES DISTRICT JUDGE