# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CHARLES L. BURTON, JR.,<br><br>Plaintiff,<br>v.<br><br>JEFFERSON DUNN, Commissioner,<br>Alabama Department of Corrections,<br><br>Defendant. | Case No. 2:19-cv-242 (RAH) (SMD)<br><br>**CAPITAL CASE** |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's Order of April 1, 2021 (ECF No. 83), Plaintiff Charles L. Burton, Jr. respectfully submits this status report:

1. Mr. Burton continues to await finalization of a protocol for nitrogen hypoxia executions by the Alabama Department of Corrections (the "ADOC") and the ADOC's final decision on whether it will allow Mr. Burton's religious advisor to be present with him in the execution chamber during the execution.

2. Mr. Burton's position on the litigation has not changed: The ADOC failed to meet its burden by providing evidence that safety concerns justify the exclusion of Mr. Burton's religious advisor from the execution chamber, and this case is thus ripe for summary judgment and the entry of an injunction preventing the ADOC from executing Mr. Burton without his religious advisor present. Should circumstances later change, the ADOC can seek at that time to have the injunction amended.

Dated: June 8, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Spencer J. Hahn* | Paige Sharpe (*pro hac vice*) |
| Spencer J. Hahn | District of Columbia Bar No. 982433 |
| Oregon Bar No. 043027 | Anna Thompson (*pro hac vice*) |
| | Virginia Bar No. 77392 |
| */s/ John Anthony Palombi* | ARNOLD & PORTER |
| John Anthony Palombi | KAYE SCHOLER LLP |
| Kentucky Bar No. 86784 | 601 Massachusetts Ave, NW |
| | Washington, DC 20001 |
| */s/ Matt D. Schulz* | 202-942-5000 |
| Matt D. Schulz | paige.sharpe@arnoldporter.com |
| Nebraska Bar No. 22968 | anna.thompson@arnoldporter.com |
| Assistant Federal Defenders | |
| FEDERAL DEFENDERS FOR THE | James A. Sonne (*pro hac vice*) |
| MIDDLE DISTRICT OF ALABAMA | California Bar No. 250759 |
| 817 South Court Street | Zeba A. Huq (*pro hac vice*) |
| Montgomery, AL 36104 | California Bar No. 261440 |
| (334) 834-2099 | STANFORD LAW SCHOOL |
| Spencer_Hahn@fd.org | RELIGIOUS LIBERTY CLINIC |
| John_Palombi@fd.org | 559 Nathan Abbott Way |
| Matt_Schulz@fd.org | Stanford, CA 94305 |
| | 650-723-1422 |
| Anand Agneshwar (*pro hac vice*) | jsonne@law.stanford.edu |
| New York Bar No. 2591030 | zebahuq@law.stanford.edu |
| ARNOLD & PORTER | |
| KAYE SCHOLER LLP | *Counsel for Plaintiff Charles L. Burton, Jr.* |
| 250 West 55th Street | |
| New York, NY 10019 | |
| 212-836-8000 | |
| anand.agneshwar@arnoldporter.com | |

## CERTIFICATE OF SERVICE

I, Anand Agneshwar, do hereby certify that a true and correct copy of the foregoing has been filed this 8th day of June 2021 via the Court's CM/ECF system, which will provide service to all counsel of record.

*/s/ Anand Agneshwar*
Anand Agneshwar

*Counsel for Plaintiff Charles L. Burton, Jr.*