**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| CHARLES L. BURTON, JR.,<br><br>                        Plaintiff,<br><br>v.<br><br>JEFFERSON DUNN, Commissioner, Alabama<br>Department of Corrections,<br><br>                    Defendant. | Case No. 2:19-cv-242 (RAH) (SMD)<br><br><br>**CAPITAL CASE** |

### JOINT MOTION FOR CONTINUANCE OF STATUS TELECONFERENCE

COME NOW the parties in the above-entitled action, by and through undersigned counsel, and respectfully request a continuance of the status teleconference currently scheduled for June 10, 2021 at 9:00 am (CST).  A number of counsel for the parties are unavailable to attend the currently scheduled status teleconference and mutually request a continuance to either June 29th, June 30th, or July 1st at 9:00 am (CST).  This is the first such request made by the parties.

Dated:  June 8, 2021

Respectfully submitted,

/s/ Spencer J. Hahn
Spencer J. Hahn
Oregon Bar No. 043027

/s/ John Anthony Palombi
John Anthony Palombi
Kentucky Bar No. 86784

/s/ Matt D. Schulz
Matt D. Schulz

/s/ Lauren A. Simpson
Lauren A. Simpson
Alabama Assistant Attorney General
Office of the Attorney General
501 Washington Ave.
Montgomery, AL 36103
(334) 353-1209
Lauren.Simpson@AlabamaAG.gov

*Counsel for Defendant Jefferson Dunn*

Nebraska Bar No. 22968
Assistant Federal Defenders
FEDERAL DEFENDERS FOR THE
  MIDDLE DISTRICT OF ALABAMA
817 South Court Street
Montgomery, AL 36104
(334) 834-2099
Spencer_Hahn@fd.org
John_Palombi@fd.org
Matt_Schulz@fd.org

Anand Agneshwar (*pro hac vice*)
New York Bar No. 2591030
ARNOLD & PORTER
  KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
212-836-8000
anand.agneshwar@arnoldporter.com

Paige Sharpe (*pro hac vice*)
District of Columbia Bar No. 982433
Anna Thompson (*pro hac vice*)
Virginia Bar No. 77392
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
202-942-5000
paige.sharpe@arnoldporter.com
anna.thompson@arnoldporter.com

James A. Sonne (*pro hac vice*)
California Bar No. 250759
Zeba A. Huq (*pro hac vice*)
California Bar No. 261440
STANFORD LAW SCHOOL
  RELIGIOUS LIBERTY CLINIC
559 Nathan Abbott Way
Stanford, CA 94305
650-723-1422
jsonne@law.stanford.edu
zebahuq@law.stanford.edu

*Counsel for Plaintiff Charles L. Burton, Jr.*

## **CERTIFICATE OF SERVICE**

I, Anand Agneshwar, do hereby certify that a true and correct copy of the foregoing has been filed this 8th day of June 2021, via the Court's CM/ECF system, which will provide service to all counsel of record.


*/s/ Anand Agneshwar*
Anand Agneshwar

*Counsel for Charles L. Burton, Jr.*